# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| STEVEN GARDNER, | : | No. 65 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| COURT OF COMMON PLEAS OF | : | |
| BUTLER COUNTY, PA., PA. DEPT. OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Leave to File Original Process is GRANTED, and the "Application for Writ of Mandamus Motion to Compel a New Trial" is DENIED.